1  KAMALA D. HARRIS
   Attorney General of California
2  SUSAN S. FIERING
   Supervising Deputy Attorney General
3  TIMOTHY E. SULLIVAN (Cal. Bar No. 197054)
   JASON A. MALINSKY (Cal. Bar No. 259761)
4  Deputy Attorneys General
    1515 Clay Street, 20th Floor
5   P.O. Box 70550
    Oakland, CA  94612-0550
6   Telephone:  (510) 622-2195
    Fax:  (510) 622-2270
7   E-mail:  Jason.Malinsky@doj.ca.gov
   *Attorneys for Plaintiff Department of Toxic*
8  *Substances Control*

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15  **DEPARTMENT OF TOXIC**          Case No.: C-12-5845 CRB
    **SUBSTANCES CONTROL,**
16                                   **ORDER GRANTING PLAINTIFF'S EX**
                        Plaintiff,   **PARTE APPLICATION TO CONTINUE**
                                     **INITIAL CASE MANAGEMENT**
17          v.                       **CONFERENCE**

18
    **TECHNICHEM, INC., ET AL.,**
19                                   Courtroom:   6
                       Defendants.   Judge:       Hon. Charles R. Breyer
20

21       The Court GRANTS plaintiff Department of Toxic Substances Control's Ex Parte

22  Application to Continue the Initial Case Management Conference from February 15, 2013 at 8:30

23  a.m. to June 28, 2013 at 8:30 a.m.

24       **IT IS SO ORDERED.**

25

26  Dated:   January 22, 2013
                                     _____
27                                   UNITED STATES DISTRICT JUDGE

28