KAMALA D. HARRIS
Attorney General of California
SUSAN S. FIERING
Supervising Deputy Attorney General
TIMOTHY E. SULLIVAN (Cal. Bar No. 197054)
JASON A. MALINSKY (Cal. Bar No. 259761)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2195
 Fax:  (510) 622-2270
 E-mail:  Jason.Malinsky@doj.ca.gov
*Attorneys for Plaintiff Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**TECHNICHEM, INC., ET AL.,**<br><br>Defendants. | Case No.: C-12-5845 CRB<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:    6<br>Judge:           Hon. Charles R. Breyer |

The Court GRANTS plaintiff Department of Toxic Substances Control's Ex Parte Application to Continue the Initial Case Management Conference from February 15, 2013 at 8:30 a.m. to June 28, 2013 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:   January 22, 2013

_____
UNITED STATES DISTRICT JUDGE

*(Seal: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California)*