KAMALA D. HARRIS
Attorney General of California
SUSAN S. FIERING
Supervising Deputy Attorney General
TIMOTHY E. SULLIVAN (Cal. Bar No. 197054)
JASON A. MALINSKY (Cal. Bar No. 259761)
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2195
 Fax:  (510) 622-2270
 E-mail:  Jason.Malinsky@doj.ca.gov

*Attorneys for Plaintiff Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**TECHNICHEM, INC., ET AL.,**<br><br>Defendants. | C 12 5845 CRB<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF DEPARTMENT OF TOXIC SUBSTANCES CONTROL'S PROPOSED SECOND AMENDED COMPLAINT**<br><br>Judge:   The Honorable Charles R. Breyer<br><br>Action Filed:  November 14, 2012 |

Plaintiff the Department of Toxic Substances Control ("DTSC") and defendants Technichem, Inc.; Mark J. Ng; Virginia Pellegrini; Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust; Foasberg Laundry and Cleaners, Inc.; Celebrity Cleaners; John Kim dba Celebrity Cleaners; Hae Woon Chun dba Celebrity Cleaners; Virginia Cleaners, LTD.; and Michael J. McDonald (collectively "defendants") by and through their counsel, stipulate as follows:

1. DTSC may file the attached proposed Second Amended Complaint on or before August 30, 2013, naming new defendants.

2. On July 24, 2013, the Court approved and entered the Consent Decree between DTSC and defendants Inter-City Cleaners, LLC; Hans Gelfand; County of Stanislaus; Hakuyosha International, Inc.; Chris and Ken Enterprises, Inc., doing business as Crown Cleaners; Paul's Dry Cleaners; M & M Cleaners; Pak Hee Kyoo dba M & M Cleaners; Irvin Pressman and Annette Pressman, dba E. Pressman & A. Pressman Partners Dollar Cleaners; Irvin Pressman; Annette Pressman; and Prudential Overall Supply (collectively "Settled Arranger Defendants"). (Dkt. No. 62.) The Consent Decree resolved the claims DTSC made against those parties in the January 17, 2013, First Amended Complaint (Dkt. No. 6).

3. The Second Amended Complaint will restate the allegations of the First Amended Complaint as to the Settled Arranger Defendants to ensure that the Court retains jurisdiction over the Settled Arranger Defendants for purposes of the Consent Decree. DTSC will not make any new allegations in its Second Amended Complaint against the Settled Arranger Defendants that DTSC believes require a response.

4. Because a Consent Decree with each of the Settling Defendants has been approved and entered by the Court, the Settled Arranger Defendants are not required to respond to the Second Amended Complaint.

5. Every other defendant's response to the First Amended Complaint will be deemed its response to the Second Amended Complaint.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

6. The Second Amended Complaint will not include a prayer for relief against the Settled Arranger Defendants because the obligations of the Settled Arranger Defendants are as stated in the Consent Decree approved by the Court.

**IT IS SO STIPULATED.**

Dated: August    , 2013                    Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SUSAN S. FIERING
Supervising Deputy Attorney General
TIMOTHY E. SULLIVAN
Deputy Attorney General


/s/ Jason A. Malinsky


JASON A. MALINSKY
Deputy Attorney General
*Attorneys for Plaintiff Department of Toxic Substances Control*

Dated: August    , 2013
BENJAMIN H. BALLARD
*Attorney for Defendants Virginia Pellegrini; Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust*

Dated: August    , 2013
BRIAN M. LEDGER
*Attorney for Defendants Technichem, Inc., and Mark J. Ng*

6. The Second Amended Complaint will not include a prayer for relief against the Settled Arranger Defendants because the obligations of the Settled Arranger Defendants are as stated in the Consent Decree approved by the Court.

**IT IS SO STIPULATED.**

Dated: August    , 2013                                     Respectfully Submitted,

                                                            KAMALA D. HARRIS
                                                            Attorney General of California
                                                            SUSAN S. FIERING
                                                            Supervising Deputy Attorney General
                                                            TIMOTHY E. SULLIVAN
                                                            Deputy Attorney General


                                                            JASON A. MALINSKY
                                                            Deputy Attorney General
                                                            *Attorneys for Plaintiff Department of Toxic Substances Control*


Dated: August 22, 2013
                                                            _____
                                                            BENJAMIN H. BALLARD
                                                            *Attorney for Defendants Virginia Pellegrini; Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust*


Dated: August    , 2013
                                                            _____
                                                            BRIAN M. LEDGER
                                                            *Attorney for Defendants Technichem, Inc., and Mark J. Ng*

6. The Second Amended Complaint will not include a prayer for relief against the Settled Arranger Defendants because the obligations of the Settled Arranger Defendants are as stated in the Consent Decree approved by the Court.

**IT IS SO STIPULATED.**

Dated: August   , 2013                    Respectfully Submitted,

                                          KAMALA D. HARRIS
                                          Attorney General of California
                                          SUSAN S. FIERING
                                          Supervising Deputy Attorney General
                                          TIMOTHY E. SULLIVAN
                                          Deputy Attorney General

                                          JASON A. MALINSKY
                                          Deputy Attorney General
                                          *Attorneys for Plaintiff Department of Toxic Substances Control*

Dated: August   , 2013
                                          _____
                                          BENJAMIN H. BALLARD
                                          *Attorney for Defendants Virginia Pellegrini; Virginia Pellegrini, Trustee of the Mario J. and Virginia E. Pellegrini Trust*

Dated: August   , 2013
                                          _____
                                          BRIAN M. LEDGER
                                          *Attorney for Defendants Technichem, Inc., and Mark J. Ng*

3

Stipulation & Order re: Proposed Second Amended Complaint  (C 12 5845 CRB)

1    Dated: August 22, 2013

_____
ELIZABETH M. WEAVER
*Attorney for Defendants Foasberg Laundry and Cleaners, Inc.; Celebrity Cleaners; John Kim dba Celebrity Cleaners; Hae Woon Chun dba Celebrity Cleaners*

6    Dated: August ____, 2013

_____
THOMAS M. DOWNEY
*Attorney for Defendants Virginia Cleaners, LTD; Michael J. McDonald*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

August 30, 2013
_____
Date

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

OK2012950070
90339183.doc

---

4

Stipulation & Order re: Proposed Second Amended Complaint (C 12 5845 CRB)

1 | Dated: August    , 2013

ELIZABETH M. WEAVER
*Attorney for Defendants Foasberg Laundry and Cleaners, Inc.; Celebrity Cleaners; John Kim dba Celebrity Cleaners; Hae Woon Chun dba Celebrity Cleaners*

Dated: August 22, 2013

THOMAS M. DOWNEY
*Attorney for Defendants Virginia Cleaners, LTD; Michael J. McDonald*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

                   Date

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

OK2012950070
90339183.doc

4