UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>                Plaintiff,<br><br>   v.<br><br>TECHNICHEM INC, *et al.*,<br><br>                Defendants.<br>_____/ | No. C 12-05845 CRB (MEJ)<br><br>**ORDER RE STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** [Dkt. No. 72] |

On September 25, 2013, the parties in this matter filed a Stipulation to continue the settlement conference currently set for September 27, 2013. The Court **GRANTS** the parties' request for a continuance, and by separate order, will advise the parties of the new settlement date and time.

**IT IS SO ORDERED.**

Dated: September 25, 2013

                                                          _____
                                                          Maria-Elena James
                                                          United States Magistrate Judge