# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiff(s),<br><br>    v.<br><br>TECHNICHEM INC,<br><br>    Defendant(s).<br>_____/ | No. C12-05845 CRB (MEJ)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **November 15, 2013, at 10:00 a.m.**, in Chambers, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements of **no more than 5 pages** shall be lodged with the Court by **November 8, 2013 .** Each party shall also submit their updated statements in .pdf format and email their statement to **MEJPO@cand.uscourts.gov**.

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Courtroom Deputy, Rose Maher immediately at (415) 522-4708 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: October 10, 2013

MARIA-ELENA JAMES
United States Magistrate Judge