ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| Department of Toxic Substances Control<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Technichem, Inc., et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  C-12-5845 CRB<br>)<br>)<br>)<br>)<br>)<br>) |

_SECOND AMENDED COMPLAINT_

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Defendants listed on attached pages.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jason A. Malinsky
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

NOV 2 2 2013

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

## ADDITIONAL DEFENDANTS – SECOND AMENDED COMPLAINT
### SUPPLEMENTAL SUMMONS

**JAMES ATHANAS**
13800 Park Center Lane, Apt. 334
Tustin, CA 92782

**MIKE PIN-FAR LEE**
13026 Beach Street
Cerritos, CA 90703

**JESSIE SHARIF**
10074 Arrow Route
Rancho Cucamonga, CA 91730

**BIPIN B. PATEL**
1874 E. Avenue J
Lancaster, CA 93535

**GRENVILLE DESSA**
3557 D West Florida
Hemet, CA 92343

**JOHN SOHN**
74-903 Hwy 111
Indian Wells, CA 92210

**ALLEN JOOYOUN KIM**
50-949 Washington Street #B
La Quinta, CA 92253

**ALONSO CORONA**
1660 Silverado Trail
Napa, CA  94559-1414

**EDGAR KANG**
69-135 Ramon Road E-1
Cathedral City, CA 92234

**HENRY NGUYEN**
2478 Fire Mountain Drive
Oceanside, CA 92054

**J. LARRY SMALLEY**
3200 Crest Drive
Manhattan Beach, CA 90266

**DAVID LEID**
1090 Sandhill Road
Reno, NV 89521

**LONNIE FIXEL**
4935 Brookside Court
Sparks, NV 89502

**RANDALL RICHARDSON**
13381 Custer Street
Yucaipa, CA 92339

**YOUNG CHOI**
990 Coe Avenue
San Jose, CA 95125

**BRAD D. SANDERS**
100 Longbrook Way, Suite 6
Pleasant Hill, CA 94523