UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>TECHNICHEM, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-03611-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Vince Chhabria for consideration of whether the case is related to 12-5845 *Department of Toxic Substances Control v. Technichem, Inc. et al*.

**IT IS SO ORDERED.**

Dated: October 19, 2015



WILLIAM H. ORRICK
United States District Judge