UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiff,<br><br>    v.<br><br>TECHNICHEM, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-05845-VC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 131 |

The Court has received the request from DTSC and Pellegrini to continue the hearing on DTSC's motion for partial summary judgment against Pellegrini. Counsel for all parties (including Ng and Technichem) are ordered to appear in person for a case management conference on January 5, 2016 at 1:30 p.m.

    **IT IS SO ORDERED.**

Dated: December 28, 2015

VINCE CHHABRIA
United States District Judge