Brian M. Ledger  (SBN: 156942)
Email: bledger@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendant
STEPHEN S. TUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL<br><br>Plaintiff,<br><br>vs.<br><br>TECHNICHEM, INC.; et al.<br><br>Defendant. | CASE NO. 12-cv-05845-VC<br><br>**STIPULATION AND ORDER CONTINUING EXPERT DISCOVERY DEADLINES**<br><br>Judge:  Hon. Vince Chhabria |

Plaintiff, the Department of Toxic Substances Control ("DTSC"), and defendants Technichem, Inc.; Mark J. Ng; and Stephen S. Tung (collectively "Defendants") hereby submit this Stipulation and Order Continuing Expert Discovery Deadlines.

The Court's November 3, 2015 Minute Order (Dkt. No. 122) established the following schedule as it pertains to expert discovery:

- Initial expert discovery deadline is **May 2, 2016**
- Rebuttal expert discovery deadline is **May 23, 2016**
- Close of expert discovery is **June 27, 2016**

A Further Case Management Conference was held on March 22, 2016 whereby the Court's Minute Order specified that the trial schedule remain as set.

-1-

(Dkt. No. 161).  The remaining parties in this action have been engaging in extensive settlement discussions for the past several weeks, which are continuing.  All parties believe it would be prudent to continue the expert discovery deadlines for a short period of time to allow the parties sufficient time to conclude settlement negotiations without incurring the substantial resources necessary for the preparation of initial and rebuttal expert reports.  As the trial is not scheduled to begin until October 24, 2016, a short continuance of the expert discovery deadlines will not interfere with the currently scheduled trial date.

DTSC and Defendants, by and through their counsel, stipulate as follows:

1. The initial expert discovery deadline scheduled for May 2, 2016 will be continued to **May 16, 2016.**

2. The rebuttal expert discovery deadline scheduled for May 23, 2016 will be continued to **June 6, 2016.**

3. The close of expert discovery scheduled for June 27, 2016 will be continued to **July 1, 2016.**

4. The parties agree that all other dates/deadlines set forth in the Court's November 3, 2015 Minute Order (Dkt. No. 122) shall remain the same.

**IT IS SO STIPULATED.**

Dated: April 27, 2016                               GORDON & REES LLP

                                                   By:  /s/ Brian M. Ledger
                                                        Brian M. Ledger
                                                        Attorneys for Defendant
                                                        STEPHEN S. TUNG

Dated: April 27, 2016                               KAMALA D. HARRIS
                                                    OFFICE OF ATTORNEY GENERAL

                                                   By:  /s/Timothy E. Sullivan
                                                        Harrison M. Pollak
                                                        Timothy E. Sullivan

|  |  |
|---|---|
|  | Attorneys for Plaintiff<br>DEPARTMENT OF TOXIC SUBSTANCES CONTROL |
| Dated: April 27, 2016 | NEXT LAW GROUP, APC |
|  | By: /s/ David R. Griffin<br>David R. Griffin<br>Attorney for Defendants<br>TECHNICHEM, INC. and<br>MARK J. NG |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

April 29, 2016
Date

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

<u>SIGNATURE ATTESTATION</u>

Pursuant to Civil Local Rule 5-1(i), I hereby attest that I have on file records of e-mails showing that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: April 27, 2016      /s/ Brian M. Ledger
Brian M. Ledger

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

1045704/15350630v.1